IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02557-GPG

ANGELA VILLALOVOS,

    Plaintiff,

v.

JC AUTO TOWING,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff Angela Villalovos currently resides in Pueblo, Colorado. When Plaintiff initiated this action by filing a Complaint, ECF No. 1, and an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), ECF No. 3, she resided in Denver, Colorado. In an Order to Cure Deficiency, ECF No. 4, entered on September 10, 2019, Magistrate Judge Gordon P. Gallagher directed Plaintiff to submit the Complaint on a proper Court-approved form. Magistrate Judge Gallagher warned Plaintiff that the action would be dismissed without further notice if she failed to cure the deficiency within thirty days.

On September 12, 2019, Plaintiff filed a Notice of Change of Address. *See* ECF No. 5. Magistrate Judge Gallagher entered a Minute Order, ECF No. 6, on October 11, 2019, directing the Clerk of the Court to resend the September 10 Order to Cure to Plaintiff at the address she provided to the Court on September 12. In the October 11 Minute Order, Magistrate Judge Gallagher allowed Plaintiff an additional thirty days to

\#
\#

cure the deficiency.   Magistrate Judge Gallagher also warned Plaintiff that if she failed to cure the deficiency within the additional thirty days the action would be dismissed without further notice.

Plaintiff now has failed to communicate with the Court, and as a result she has failed to cure the deficiency within the time allowed.   The Court, therefore, will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.   See *Coppedge v. United States*, 369 U.S. 438 (1962).   If Plaintiff files a notice of appeal she must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.   Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the September 10, 2019 Order, within the time allowed, and for failure to prosecute.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.   It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this   14th   day of   November  , 2019.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court

\#
\#