IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02557-GPG


ANGELA VILLALOVOS,

     Plaintiff,

v.

JC AUTO TOWING,

     Defendant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on November 14, 2019, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 14 day of November, 2019.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/ *A. Garcia Garcia*
Deputy Clerk